Opinion issued August 19, 2010

 

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00591-CV

———————————

IN RE ALLEN ROY MILLER, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus  



 



 

MEMORANDUM OPINION[1]

          By petition for writ of mandamus,
relator, Allen Roy Miller, seeks mandamus relief compelling the trial court to
provide him with “status of service” for two defendants in the underlying
lawsuit.

          We dismiss the petition for
writ of mandamus.[2]

PER CURIAM

Panel consists of Chief Justice Radack and Justices
Bland and Sharp.











[1]           The underlying case is Allen Roy Miller v. Stark Transportation,
No. 201018431, in the 80th Judicial District Court of Harris County, Texas, the
Honorable Larry Weiman presiding.  





[2]
          Citations were issued for the
five defendants in the lawsuit.  Three of
the defendants were served.  Two of the
defendants were not served, and the two unserved citations were returned to the
clerk.